Argued May 17, affirmed May 22, reconsideration denied June 28, petition for review denied October 3, 1978

WAKEFIELD, *Petitioner,*

*v.*

EMPLOYMENT DIVISION et al, *Respondents.*

(No. 77-P-3813, CA 9928)

578 P2d 506

Keith Burns, Portland, argued the cause for petitioner. With him on the brief were Dan O'Leary and Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Gregory A. Parker, Assistant Attorney General, Salem, argued the cause for respondent Employment Division. On the brief were James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

No appearance for respondent Intercommunity Hospital.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Gillette v. Employment Division,* 34 Or App 53, 577 P2d 1357 (1978); *York v. Morgan,* 16 Or App 76, 517 P2d 301 (1973).